**DANIELLE A. KOLKOSKI, ESQ.**
Nevada State Bar No. 8506
**WOLFE & WYMAN LLP**
6757 Spencer Street
Las Vegas, NV 89119
Telephone:  (702) 476-0100
Facsimile:   (702) 476-0101
dakolkoski@wolfewyman.com

Attorneys for Defendant
**CENLAR FEDERAL SAVINGS BANK**

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| MONICA EGBERT, | Case No. 2:19-cv-00483-JAD-VCF |
| Plaintiff, | **STIPULATION AND ORDER FOR EXTENSION OF TIME FOR DEFENDANT CENLAR FEDERAL SAVINGS BANK TO RESPOND TO PLAINTIFFS' COMPLAINT** |
| v. | |
| EQUIFAX INFORMATION SERVICES, LLC; TRANSUNION, LLC, CENLAR FEDERAL SAVINGS BANK, | **(FIRST REQUEST)** |
| Defendants. | |

IT IS HEREBY STIPULATED AND AGREED between Defendant, CENLAR FEDERAL SAVINGS BANK ("CENLAR") and Plaintiff, MONICA EGBERT, by and through their undersigned attorneys, that CENLAR shall have up to and including May 17, 2019 to file a Response to Plaintiff's Complaint as the parties are engaging in potential early resolution.

///

///

///

///

///

///

1

3322280.1

This is CENLAR's first request for an extension, and is not intended to cause any delay or prejudice to any party.  Trial has not been set in this case yet.

DATED: April 11, 2019                                   DATED: April 11, 2019

WOLFE & WYMAN LLP                                HAINES & KRIEGER, LLC


By: */s/ Danielle A. Kolkoski*                          By: */s/David H. Krieger*
    DANIELLE A. KOLKOSKI, ESQ.                    DAVID H. KRIEGER, ESQ.
    Nevada State Bar No. 8506                             Nevada Bar No. 9086
    6757 Spencer Street                                         8985 S Eastern Ave., Suite 350
    Las Vegas, NV  89119                                     Henderson, NV  89123
    Attorneys for Defendant                                   Attorney for Plaintiff
    **CENLAR FEDERAL SAVINGS BANK**


    IT IS SO ORDERED.

By: _____
    UNITED STATES MAGISTRATE JUDGE

Dated this 11th day of April, 2019.

3322280.1

# CERTIFICATE OF MAILING

On April 11, 2019, I served the foregoing **STIPULATION AND ORDER FOR EXTENSION OF TIME FOR DEFENDANT DITECH FINANCIAL LLC TO RESPOND TO PLAINTIFFS' COMPLAINT (FIRST REQUEST)**, by the following means to the persons as listed below:

☒ a. EFC System (you must attach the "Notice of Electronic Filing," or list all persons and addresses and attach additional paper if necessary):

☐ b. United States Mail, postage fully pre-paid (List persons and addresses. Attach additional paper if necessary):

DAVID H. KRIEGER, ESQ.  dkrieger@hainesandkrieger.com
Nevada Bar No. 9086
HAINES & KRIEGER, LLC
8985 S Eastern Ave., Suite 350
Henderson, NV 89123
Attorney for Plaintiff

　　　　　　　　　　　　　　　　　　　　/s/ Jamie Soquena
　　　　　　　　　　　　　　　　　　　　Jamie Soquena
　　　　　　　　　　　　　　　　　　　　An employee of Wolfe & Wyman LLP

3322280.1