JEREMY J. THOMPSON
Nevada Bar No. 12503
CLARK HILL PLLC
3800 Howard Hughes Parkway, Suite 500
Las Vegas, NV 89169
Tel: (702) 862-8300
Fax: (702) 862-8400
Email: jthompson@clarkhill.com
*Attorney for Defendant*
*Equifax Information Services LLC*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| MONICA EGBERT,<br><br>Plaintiff,<br><br>vs.<br><br>EQUIFAX INFORMATION SERVICES LLC; TRANS UNION LLC; CENLAR FEDERAL SAVINGS BANK,<br><br>Defendants. | Case No. 2:19-cv-00483-JAD-VCF<br><br>**STIPULATION OF EXTENSION OF TIME FOR DEFENDANT EQUIFAX INFORMATION SERVICES LLC TO FILE ANSWER**<br><br>**FIRST REQUEST** |

Defendant Equifax Information Services LLC ("Equifax") has requested an extension of time to answer, move or otherwise respond to the Complaint in this matter, to which Plaintiff has no opposition. Accordingly, pursuant to LR IA 6-2, IT IS HEREBY STIPULATED AND AGREED to by and among counsel, that Defendant Equifax Information Services LLC's time to answer, move or otherwise respond to the Complaint in this action is extended from April 12, 2019 through and including **May 17, 2019**. The additional time to respond to the Complaint will facilitate discussions about resolving this case. This stipulation is filed in good faith and not intended to cause delay.

. . .

. . .

. . .

Respectfully submitted this 12th day of April, 2019.

CLARK HILL PLLC

By: /s/ Jeremy J. Thompson
Jeremy J. Thompson
Nevada Bar No. 12503
3800 Howard Hughes Pkwy, Suite 500
Las Vegas, NV 89169
Tel: (702) 862-8300
Fax: (702) 862-8400
Email: jthompson@clarkhill.com

*Attorneys for Defendant Equifax Information Services LLC*

**<u>No opposition</u>**

/s/ David H. Krieger, Esq.
David H. Krieger, Esq.
Nevada Bar No. 9086
HAINES & KRIEGER, LLC
8985 S. Eastern Ave., Suite 350
Henderson, NV 89123
Phone: (702) 880-5554
FAX: (702) 385-5518
Email: dkrieger@hainesandkrieger.com

*Attorneys for Plaintiff*

IT IS SO ORDERED:

_____
United States Magistrate Judge

DATED: April 12, 2019

**CERTIFICATE OF SERVICE**

I hereby certify that a true and exact copy of the foregoing has been served this 12th day of April, via CM/ECF, upon:

>David H. Krieger, Esq.
>HAINES & KRIEGER, LLC
>8985 S. Eastern Ave., Suite 350
>Henderson, NV 89123
>Email: dkrieger@hainesandkrieger.com

>CLARK HILL PLLC
>
>By: /s/ Jeremy J. Thompson
>Jeremy J. Thompson
>Nevada Bar No. 12503
>3800 Howard Hughes Pkwy, Suite 500
>Las Vegas, NV 89169
>Tel: (702) 862-8300
>Fax: (702) 862-8400
>Email: jthompson@clarkhill.com