ANDREW A. BAO, ESQ.
Nevada State Bar No. 10508
WOLFE & WYMAN LLP
6757 Spencer Street
Las Vegas, NV 89119
Telephone: (702) 476-0100
Facsimile: (702) 476-0101
aabao@wolfewyman.com

Attorneys for Defendant
CENLAR FEDERAL SAVINGS BANK

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| MONICA EGBERT,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>EQUIFAX INFORMATION SERVICES, LLC; TRANSUNION, LLC, CENLAR FEDERAL SAVINGS BANK,<br><br>　　　　　Defendants. | Case No. 2:19-cv-00483-JAD-VCF<br><br>~~STIPULATION AND~~ ORDER FOR EXTENSION OF TIME FOR DEFENDANT CENLAR FEDERAL SAVINGS BANK TO RESPOND TO PLAINTIFF'S AMENDED COMPLAINT<br><br>(FIRST REQUEST) |

IT IS HEREBY STIPULATED AND AGREED between Defendant, CENLAR FEDERAL SAVINGS BANK ("CENLAR") and Plaintiff, MONICA EGBERT, by and through their undersigned attorneys, that CENLAR shall have up to and including June 11, 2019 to file a Response to Plaintiff's Amended Complaint as the parties are engaging in potential early resolution.

///

///

///

///

///

///

1

3362042.1

This is CENLAR's first request for an extension, and is not intended to cause any delay or prejudice to any party. Trial has not been set in this case yet.

DATED: May 30, 2019

WOLFE & WYMAN LLP


By: /s/ Andrew A. Bao
    ANDREW A. BAO, ESQ.
    Nevada State Bar No. 10508
    6757 Spencer Street
    Las Vegas, NV 89119
    Attorneys for Defendant
    **CENLAR FEDERAL SAVINGS BANK**

DATED: May 30, 2019

HAINES & KRIEGER, LLC


By: /s/ David H. Krieger
    DAVID H. KRIEGER, ESQ.
    Nevada Bar No. 9086
    SHAWN W. MILLER, ESQ.
    Nevada Bar No. 7825
    8985 S Eastern Ave., Suite 350
    Henderson, NV 89123
    Attorney for Plaintiff

IT IS SO ORDERED.

By: [signature]

UNITED STATES ~~DISTRICT COURT~~ Magistrate JUDGE

Dated: May 31, 2019

2

3362042.1