David Krieger, Esq.
Nevada Bar No. 9086
Shawn W. Miller, Esq.
Nevada Bar No. 7825
HAINES & KRIEGER, LLC
8985 S. Eastern Avenue, Suite 350
Henderson, Nevada 89123
Tel: (702) 880-5554
Fax: (702) 385-5518
dkrieger@hainesandkrieger.com
smiller@hainesandkrieger.com

*Attorneys for Plaintiff*
*MONICA EGBERT*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| MONICA EGBERT,<br><br>Plaintiff,<br><br>v.<br><br>EQUIFAX INFORMATION SERVICES, LLC; TRANSUNION, LLC, CENLAR FEDERAL SAVINGS BANK,<br><br>Defendant. | Case No. : 2:19-cv-00483-JAD-VCF<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO FILE A RESPONSE TO DEFENDANT TRANSUNION LLC'S MOTION TO DISMISS**<br><br>**(First Request)**<br><br>ECF No. 29 |

**STIPULATION**

Plaintiff MONICA EGBERT ("Plaintiff") and Defendant TRANSUNION, LLC ("TransUnion"), collectively the "Parties", respectfully submit the following

–1–

Stipulation to allow Plaintiff an extension to file a response/opposition to Defendant's Motion to Dismiss, filed on May 30, 2019 (ECF Docket #18; corrected image at ECF Docket #22) to **June 27, 2019**.

This Stipulation is to accommodate Plaintiff's counsel's schedule and to allow the Parties to pursue settlement discussions. This is the Parties first request for an extension.

IT IS SO STIPULATED this June 11, 2019.

/s/ Shawn W. Miller
Shawn W. Miller, Esq.
Haines & Krieger, LLC
8985 S. Eastern Avenue
Suite 350
Henderson, Nevada 89123
*Attorneys for Plaintiff*

/s/ Trevor R. Waite
Trevor R. Waite, Esq.
Alverson, Taylor, Mortensen & Sanders
6605 Grand Montecito Parkway
Suite 200
Las Vegas, NV 89149
*Attorneys for TransUnion*

## **ORDER**

IT IS SO ORDERED.

U.S. DISTRICT COURT JUDGE

DATED: 6-12-19