Matthew I. Knepper, Esq.
Nevada Bar No. 12796
Miles N. Clark, Esq.
Nevada Bar No. 13848
Shaina R. Plaksin, Esq.
Nevada Bar No. 13935
KNEPPER & CLARK LLC
5510 So. Fort Apache Rd, Suite 30
Las Vegas, NV 89148
Phone: (702) 856-7430
Fax: (702) 447-8048
Email: matthew.knepper@knepperclark.com
Email: miles.clark@knepperclark.com
Email: shaina.plaksin@knepperclark.com

David H. Krieger, Esq.
Nevada Bar No. 9086
HAINES & KRIEGER, LLC
8985 S. Eastern Ave., Suite 350
Henderson, NV 89123
Phone: (702) 880-5554
Fax: (702) 385-5518
Email: dkrieger@hainesandkrieger.com

*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| MONICA EGBERT, <br><br> Plaintiff, <br><br> vs. <br><br> EQUIFAX INFORMATION SERVICES, LLC; TRANS UNION, LLC; and CENLAR FEDERAL SAVINGS BANK, <br><br> Defendants. | Case No.: 2:19-cv-00483-JAD-VCF <br><br> **STIPULATION AND ORDER TO EXTEND TIME FOR PLAINTIFF TO RESPOND TO MOTION TO DISMISS** <br><br> **[SECOND REQUEST]** <br><br> [ECF Nos. 34, 36] |

Plaintiff Monica Egbert ("Plaintiff"), by and through her counsel of record, and Defendant TRANS UNION LLC, ("Trans Union") have agreed and stipulated to the following:

1. On March 15, 2019, Plaintiff filed a Complaint [ECF Dkt. 1].

2. On May 2, 2019, Trans Union filed a Motion to Dismiss the Complaint [ECF Dkt.12].

3. On May 16, 2019, Plaintiff filed an Amended Complaint [ECF Dkt. 13].

4. On May 30, 2019 Tran Union filed a Motion to Dismiss the Amended Complaint [ECF Dkt. 18].

5. On June 12, 2019 the Court granted the Parties' stipulation to extend Plaintiff's response deadline. [ECF Dkt. 30]

6. Plaintiff's Response is due June 27, 2019.

7. Plaintiff and Trans Union have agreed to extend Plaintiff's response deadline fourteen days in order to allow Parties to engage in settlement negotiations. As a result, both Plaintiff and Trans Union hereby request this Court to further extend the date for Plaintiff to respond to Trans Union's Motion to Dismiss Amended Complaint until **July 11, 2019**. This stipulation is made in good faith, is not interposed for delay, and is not filed for an improper

//
//
//
//
//
//
//

STIPULATION AND ORDER TO EXTEND TIME FOR PLAINTIFF TO RESPOND TO MOTION TO DISMISS [SECOND REQUEST] - 2

purpose.

 IT IS SO STIPULATED.
 Dated June 27, 2019.

| **KNEPPER & CLARK LLC** | **ALVERSON TAYLOR & SANDERS** |
|---|---|
| /s/ *Shaina R. Plaksin* | /s/ *Trevor Waite* |
| Matthew I. Knepper, Esq.<br>Nevada Bar No. 12796<br>Miles N. Clark, Esq.<br>Nevada Bar No. 13848<br>Shaina R. Plaksin, Esq.<br>Nevada Bar No. 13935<br>Email: matthew.knepper@knepperclark.com<br>Email: miles.clark@knepperclark.com<br>Email: shaina.plaksin@knepperclark.com<br><br>**HAINES & KRIEGER LLC**<br>David H. Krieger, Esq.<br>Nevada Bar No. 9086<br>Email: dkrieger@hainesandkrieger.com<br>*Counsel for Plaintiff* | Kurt R. Bonds, Esq.<br>Nevada Bar No. 6228<br>Trevor Waite, Esq.<br>Nevada Bar No. 13779<br>Email: kbonds@alversontaylor.com<br>Email: twaite@alversontaylor.com<br>*Counsel for Defendant*<br>*Trans Union LLC* |
| **CLARK HILL PLLC** | **WOLFE & WYMAN LLP** |
| /s/ *Jeremy J. Thompson* | /s/ *Andrew A. Bao* |
| Jeremy J. Thompson, Esq.<br>Nevada Bar No. 12503<br>Email: jthompson@clarkhill.com<br>*Counsel for Defendant*<br>*Equifax Information Services LLC* | Andrew A. Bao, Esq.<br>Nevada Bar No. 10508<br>Danielle A. Kolkoski, Esq.<br>Nevada Bar No. 8506<br>Email: aabao@wolfewyman.com<br>Email: dakolkoski@wolfewyman.com<br>*Counsel for Defendant*<br>*Cenlar Federal Savings Bank* |

**ORDER GRANTING STIPULATION TO EXTEND TIME FOR PLAINTIFF TO RESPOND TO MOTION TO DISMISS**

 **IT IS SO ORDERED.**

 _____
 UNITED STATES DISTRICT JUDGE

 Dated: June 28, 2019

STIPULATION AND ORDER TO EXTEND TIME FOR PLAINTIFF TO RESPOND TO MOTION TO DISMISS [SECOND REQUEST] - 3