# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

MONICA EGBERT,

        Plaintiff,

vs.

EQUIFAX INFORMATION SERVICES, LLC; TRANS UNION, LLC; and CENLAR FEDERAL SAVINGS BANK,

        Defendants.

2:19-cv-00483-JAD-VCF

**ORDER**

Before the Court is Plaintiff's Motion for Case-Terminating Sanctions and Attorney's Fees for Cenlar's 30(b)(6) Deposition Conduct (ECF NO. 59).

Accordingly,

IT IS HEREBY ORDERED that a hearing on Plaintiff's Motion for Case-Terminating Sanctions and Attorney's Fees for Cenlar's 30(b)(6) Deposition Conduct (ECF NO. 59) is scheduled for 1:00 PM, March 18, 2020, in Courtroom 3D.

DATED this 27th day of February, 2020.

                                                          CAM FERENBACH
                                                          UNITED STATES MAGISTRATE JUDGE