Matthew I. Knepper, Esq.
Nevada Bar No. 12796
Miles N. Clark, Esq.
Nevada Bar No. 13848
Shaina R. Plaksin, Esq.
Nevada Bar No. 13935
KNEPPER & CLARK LLC
5510 So. Fort Apache Rd, Suite 30
Las Vegas, NV 89148
Phone: (702) 856-7430
Facsimile: (702) 447-8048
Email: matthew.knepper@knepperclark.com
Email: miles.clark@knepperclark.com
Email: shaina.plaksin@knepperclark.com

David H. Krieger, Esq.
Nevada Bar No. 9086
KRIEGER LAW GROUP, LLC
2850 W. Horizon Ridge Parkway, Suite 200
Henderson, NV 89052
Phone: (702) 848-3855, Ext. 101
Email: dkrieger@kriegerlawgroup.com

*Counsel for Plaintiff*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| MONICA EGBERT,<br><br>Plaintiff,<br><br>v.<br><br>CENLAR FEDERAL SAVINGS BANK,<br><br>Defendants. | Case No. 2:19-cv-00483-JAD-VCF<br><br>**STIPULATION OF DISMISSAL OF CENLAR FEDERAL SAVINGS BANK & ORDER**<br><br>ECF No. 73 |

PLEASE TAKE NOTICE that Plaintiff Monica Egbert ("Plaintiff") and Defendant Cenlar Federal Savings Bank ("Cenlar") hereby stipulate and agree that the above-entitled action shall be dismissed with prejudice in accordance with Fed. R. Civ. P. 41 (a)(2).

There are no longer any issues in this matter between Plaintiff and Cenlar to be determined by the Court, and Cenlar is the only remaining defendant. Plaintiff hereby stipulates that all of her

claims and causes of action against Cenlar, which were or could have been the subject matter of this lawsuit, are hereby dismissed with prejudice, without costs or fees to any party.

**IT IS SO STIPULATED.**
DATED: August 26, 2020.

| **KNEPPER & CLARK LLC** | **WOLFE & WYMAN LLP** |
|---|---|
| /s/ *Shaina R. Plaksin* | /s/ *Andrew A. Bao* |
| Matthew I. Knepper, Esq., SBN 12796 | Andrew A. Bao, Esq., SBN 10508 |
| Miles N. Clark, Esq., SBN 13848 | Danielle A. Kolkoski, Esq., SBN 8506 |
| Shaina R. Plaksin, Esq., SBN 13935 | 6757 Spencer Street |
| 5510 So. Fort Apache Rd, Suite 30 | Las Vegas, NV 89119 |
| Las Vegas, NV 89148 | Email: aabao@wolfewyman.com |
| Email: matthew.knepper@knepperclark.com | Email: dakolkoski@wolfewyman.com |
| Email: miles.clark@knepperclark.com | |
| Email: shaina.plaksin@knepperclark.com | *Counsel for Defendant* |
|  | *Cenlar Federal Savings Bank* |
| **KRIEGER LAW GROUP LLC** | |
| David H. Krieger, Esq., SBN 9086 | |
| 2850 W. Horizon Ridge Parkway, Suite 200 | |
| Henderson, NV 89052 | |
| Email: dkrieger@kriegerlawgroup.com | |
| | |
| *Counsel for Plaintiff* | |

### ORDER GRANTING STIPULATION OF DISMISSAL OF CENLAR FEDERAL SAVINGS BANK WITH PREJUDICE

Based on the parties' stipulation **[ECF No. 73]** and good cause appearing, IT IS HEREBY ORDERED that THIS ACTION IS DISMISSED with prejudice, each side to bear its own fees and costs. The **Clerk of Court** is directed to **CLOSE THIS CASE**.

_____
U.S. District Judge Jennifer A. Dorsey
Dated: September 1, 2020

KNEPPER & CLARK LLC
ATTORNEYS AT LAW
5510 S Fort Apache Rd, Ste 30
Las Vegas, NV 89148
(702) 856-7430

2 of 2